# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA FLEMING**                                                                                    **PLAINTIFF**

**V.**                                **NO. 4:22-cv-00526-JM-ERE**

**SUSAN POTTS and**
**ALLEN**                                                                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Fleming's claims has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.   Discussion

Richard Charles Hiscott, Jr. filed this lawsuit on behalf of himself and Plaintiff Joshua Fleming, formerly an inmate at the Drew County Detention Facility, under 42 U.S.C. § 1983. *Doc. 2*. Pursuant to Court policy, the Court permitted each Plaintiff to proceed on his claims in his own lawsuit.

On June 21, 2022, mail sent from the Court to Mr. Fleming was returned as undeliverable with the notation "no longer at this address." *Doc. 3.*

On June 27, 2022, the Court ordered Mr. Fleming to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 4.* To date, he has not responded to the Court's June 27 Order, and the time to do so has passed.

Mr. Fleming has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2).[1] As a result, the Court has no way to communicate with Mr. Fleming regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Flemings's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's June 27 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 28th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In its Initial Order, the Court reminded Mr. Fleming of his obligation to inform the Court of his current address. However, that Order was returned to the Court as "undeliverable." *Doc. 3.*