IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA FLEMING**                                                                 **PLAINTIFF**

V.                                **NO. 4:22-cv-00526-JM-ERE**

**SUSAN POTTS and**
**ALLEN**                                                                  **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE